# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** |
| | ) | |
| **v.** | ) | **VIOLATION:** |
| | ) | |
| **BRIGETTE ROBERTSON,** | ) | **18 U.S.C. § 242** |
| Defendant. | ) | **(Deprivation of Rights under Color of Law)** |

## INFORMATION

The United States charges:

On or about June 24, 2023, in the District of Columbia, the defendant,

### BRIGETTE ROBERTSON

While acting under color of law as a Special Police Officer employed by Specific Protection Services, LLC to provide law enforcement services, willfully deprived T.F. of the right, secured and protected by the Constitution and laws of the United States, to be free from an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, ROBERTSON assaulted T.F. by stomping on her face without legal justification.

**(All in violation of Title 18, United States Code, Section 242**
**(Deprivation of Rights Under Color of Law)**

DATED: June 11, 2025

_____
JONATHAN HOOKS
Assistant United States Attorney
Chief
Fraud, Public Corruption and Civil Rights


MICHAEL T. TRUSCOTT
Assistant United States Attorney
D.C. Bar Number 168557
601 D Street, N.W., Room 5.1513
Washington, D.C. 20530
Office: 202-252-7223
Michael.truscott2@usdoj.gov