UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   USDC No. 25-cr-167  (DLF) |
| | ) |
| BRIGETTE ROBERTSON, *defendant.* | ) |

NOTICE OF APPEARANCE

THE CLERK WILL PLEASE NOTE the appearance of Nathan I. Silver, Esq., as attorney of record in the above-referenced case this 18th day of June, 2025, under the Criminal Justice Act.

This pleading is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
(240) 441-1199 (cell)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served via ECF upon Michael T. Truscott, I, Esq. U.S. Department of Justice - USAO (DC), attorney of record for the government, at the USAO this 18th day of June, 2025.

_____*Nathan I. Silver*_____